UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 13-11740-FDS |
| WILLIAMS COLLEGE, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING LEAVE TO FILE
## UNDER PSEUDONYM AND PROTECTIVE ORDER

**SAYLOR, J.**

For good cause shown, plaintiff's motion to proceed using a pseudonym and for a protective order is granted. Defendant Williams College and its agents shall not identify plaintiff to any non-party other than as may be reasonably necessary to defend against this action. Any non-party who is informed of plaintiff's identity shall be provided a copy of this order by the disclosing party. If any party files a document with the Court that would identify plaintiff, the filing party shall redact personal identifiers consistent with this order and Fed. R. Civ. P. 5.2. In addition, plaintiff shall submit under seal to the clerk a copy of the complaint that names plaintiff within ten days of the entry of this order, which the clerk shall file under seal. This order shall be subject to modification as justice may require.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
Dated: September 5, 2013　　United States District Judge