UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br><br>             Plaintiff<br><br>v.<br><br>WILLIAMS COLLEGE,<br><br>             Defendant. | CIVIL ACTION NO.:  13-11740 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties, having entered a settlement agreement, jointly stipulate and agree that this matter shall be dismissed in its entirety, with prejudice.  Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

| JOHN DOE | WILLIAMS COLLEGE |
|---|---|
| By his attorneys, | By its attorneys, |
| /s/ Beth M. Nussbaum<br>Emily E. Smith-Lee (BBO #634223)<br>Beth M. Nussbaum (BBO #633878)<br>SMITH LEE NEBENZAHL LLP<br>One Post Office Square<br>Sharon, MA 02067<br>(781) 784-2322<br>*esmithlee@slnlaw.com*<br>*bnussbaum@slnlaw.com* | /s/ Ari Zivyon<br>Harold W. Potter, Jr. (BBO # 404240)<br>Ari Zivyon (BBO # 672358)<br>HOLLAND & KNIGHT LLP<br>10 St. James Avenue<br>Boston, MA 02116<br>(617) 523-2700<br>*harold.potter@hklaw.com*<br>*ari.zivyon@hklaw.com* |

Dated:  January 5, 2015

## CERTIFICATE OF SERVICE

I certify that on January 5, 2015, all parties registered through the ECF system have been notified of the forgoing Motion via electronic mail and all parties not so registered have been served via first-class mail.

*/s/ Beth M. Nussbaum*